UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON.PATRICK J.DUGGAN
CIVIL NO.07-12513

LINDA BENNETT,

    Plaintiff(s),

-v-

RA TREMAIN AND ASSOCIATES, ET.AL,

    Defendant(s).
    _____ /

## ORDER OF DISMISSAL

  At a session of said Court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan on September 19, 2007.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
               UNITED STATES DISTRICT JUDGE

The Court denied plaintiff's application to proceed in forma pauperis. The Court also directed plaintiff to pay the filing fee by June 29, 2007, or face dismissal of the complaint. The Court has not received the filing fee; therefore

IT IS HEREBY ORDERED that the above-entitled action be, and hereby is DISMISSED.

               s/Patrick J. Duggan
               Patrick J. Duggan
               United States District Judge

Dated: September 19, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 19, 2007, by electronic and/or ordinary mail.

               s/Marilyn Orem
               Case Manager